PETER BOWE, *Respondent, v.* ROBERT C. BROWN and others, *Appellants.*—Order reversed and motion to open default granted upon the payment of ten dollars costs, and ten dollars costs of appeal to abide event. Opinion by BRADY, J.

JOHN H. BONN, *Plaintiff, v.* ERNEST STEIGER, *Defendant.*—Motion granted.

STEVENS VOISIN, *Appellant, v.* THE PROVIDENCE, WASHINGTON INSURANCE COMPANY, *Respondent.* — Order modified as directed in opinion, and affirmed as modified, without costs. Opinion *Per Curiam.*

PHŒBE FELLOWS, *Appellant, v.* RICHARD C. FELLOWS, *Respondent.*— Order affirmed, without costs. Opinion by BRADY, J.

EUGENIA ROCHE, *Respondent, v.* JAMES M. MARVIN and another, *Trustees, etc., Appellants.* — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

JAMES DEVLIN *v.* JOHN SHANNON. — Motion denied. Mem. by DANIELS, J.

CHARLES STANFORD *v.* WILLISTON B. LOCKWOOD. — Motion denied. Mem. by BRADY, J.

PETER MACARTHUR, JR., *Respondent, v.* PERRY LOUCKS, *Appellant.* — Order affirmed, with ten dollars costs to abide event. Opinion by MACOMBER, J.

JAMES M. GANO, *Executor, etc., v.* JANE W. McCUNN and others.

ELIZABETH PATTERSON *v.* THOMAS McCUNN and others. — Order of October, 1877, affirmed, with ten dollars costs and disbursements, and order of August, 1882, modified as directed, and affirmed as modified, without costs. Opinion by MACOMBER, J.

SIGMUND ROSENBAUM, *as Receiver, etc., Appellant, v.* THE FIRE INSURANCE ASSOCIATION (LIMITED) OF ENGLAND, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinion by MACOMBER, J.

SAMUEL PHILLIPS *v.* WILLIAM MACKELLA. — Motion denied. (See opinion.)

IN THE MATTER OF THE NEW YORK ELEVATED RAILWAY COMPANY.— Order appointing commissioners granted.

IN THE MATTER OF THE CENTRAL TUNNEL RAILWAY COMPANY.— Order appointing commissioners granted.